# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD GHOLAM HOSSEIN SHIRAZI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES JANECKA, ET AL.,<br><br>　　　　Respondents. | No. ED CV 25-3083-HDV(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　　IT IS ORDERED that:  (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered granting the Petition, and Respondents are ordered to release Petitioner from custody immediately, subject to the condition of his prior immigration parole.

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner, on counsel for Petitioner and on counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  02/17/26.

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE