JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MOHAMMAD GHOLAM HOSSEIN SHIRAZI,

        Petitioner,

    v.

JAMES JANECKA, ET AL.,

        Respondents.

No. ED CV 25-3083-HDV(E)

JUDGMENT

IT IS ADJUDGED that the Petition is granted and Respondents are ordered to release Petitioner from custody immediately, subject to the condition of his prior immigration parole.

DATED:  02/17/26.

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE